**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **In the Matter of the Arbitration between** | ) | |
| | ) | |
| **MWN GROUP, INC.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:06-MC-47 |
| | ) | (Phillips) |
| **MAG USA, INC.,** | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the petition for order confirming final arbitration award by MWN Group, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the petitioner's motion,

**IT IS ORDERED AND ADJUDGED** that the petitioner MWN Group, Inc., recover from respondent MAG USA, Inc., damages in the following amounts: (1) $37,301 for MAG's filing suit against MWN in Michigan rather than instituting arbitration proceedings, with interest at 10% per annum from January 13, 2005 until the date of payment; (2) $1 as moral damages for failure of MAG to return proprietary information, with interest at 10% per annum from January 13, 2005 until the date of payment; (3) $2,385,128 for commissions due upon improper termination of the Agreement, with interest at 10% per annum from October 6, 2004 until the date of payment; (4) $54,381 representing a portion of the costs of arbitration, with interest at 10% per annum from June

12, 2006 until the date of payment; (5) $135,608.92 for 50% of MWN's attorney fees and costs,  with interest at 10% per annum from June 12, 2006 until the date of payment; and (6) MWN's costs of action.

Dated at Knoxville, Tennessee, this _____ day of August, 2007.


                                                       s/ Patricia L. McNutt
                                                     Clerk of Court