# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| In the Matter of the Arbitration between ) <br> ) <br> **MWN GROUP, INC.,** ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> **MAG USA, INC.,** ) <br> ) <br>     Respondent. ) | No. 3:06-MC-47 <br> (Phillips) |

## AMENDED JUDGMENT ON DECISION BY THE COURT

This Amended Judgment on Decision by the Court shall supercede the court's judgment filed August 8, 2007 [Doc. 13].

This case came before the court on the petition for order confirming final arbitration award by MWN Group, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the petitioner's motion,

**IT IS ORDERED AND ADJUDGED** that (1) MWN shall pay MAG $37,301 for MWN's filing suit in Michigan rather than instituting arbitration proceedings, with interest thereon at an annual rate of 10% from January 13, 2005 until the date of actual payment; (2) MWN shall pay MAG $1 as moral damages for failure of MWN to return proprietary information, with interest thereon at an annual rate of 10% from January 13, 2005 until the date of actual payment; (3) MAG shall pay MWN $2,285,128 for commissions due upon improper termination of the Agreement, with interest thereon at an annual rate of 10% from

October 6, 2004, until the actual date of payment; (4) MAG shall pay to MWN $54,381 representing a portion of the costs of arbitration, with interest thereon at an annual rate of 10% from June 12, 2006 until the actual date of payment; and (5) MAG shall pay to MWN $135,608.92 for 50% of MWN's attorney fees and costs, with interest thereon at an annual rate of 10% from June 12, 2006 until the actual date of payment.

Dated at Knoxville, Tennessee, this _____ day of August, 2007.

                                                                                   s/ Patricia L. McNutt
                                                                                       Clerk of Court