UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| In the Matter of the Arbitration between | ) | |
| | ) | |
| MWN GROUP, INC., | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:06-MC-47 |
| | ) | (Phillips) |
| MAG USA, INC., | ) | |
| | ) | |
|     Respondent. | ) | |

## SECOND AMENDED JUDGMENT ON DECISION BY THE COURT

This Second Amended Judgment on Decision by the Court shall supercede the court's amended judgment filed August 10, 2007 [Doc. 15].

This case came before the court on the petition for order confirming final arbitration award by MWN Group, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the petitioner's motion,

**IT IS ORDERED AND ADJUDGED** that (1) MWN shall pay MAG $37,301 for MWN's filing suit in Michigan rather than instituting arbitration proceedings, with interest thereon at an annual rate of 4.83% from January 13, 2005 until the date of actual payment; (2) MWN shall pay MAG $1 as moral damages for failure of MWN to return proprietary information, with interest thereon at an annual rate of 4.83% from January 13, 2005 until the date of actual payment; (3) MAG shall pay MWN $2,385,128 for commissions due upon improper termination of the Agreement, with interest thereon

at an annual rate of 4.83% from October 6, 2004, until the actual date of payment; (4) MAG shall pay to MWN $54,381 representing a portion of the costs of arbitration, with interest thereon at an annual rate of 4.83% from June 12, 2006 until the actual date of payment; and (5) MAG shall pay to MWN $135,608.92 for 50% of MWN's attorney fees and costs, with interest thereon at an annual rate of 4.83% from June 12, 2006 until the actual date of payment.

Dated at Knoxville, Tennessee, this _____ day of September, 2007.

_____s/ Patricia L. McNutt_____
Clerk of Court